IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT B LEWIS,

    Plaintiff,

v.                                                CASE NO. 1:04-cv-00054-MP-AK

ASPLUNDH TREE EXPERT COMPANY,
CITY OF GAINESVILLE,
JAMES R EVANS,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Defendants', City of Gainesville and James R. Evans, Doc. 35, Motion for Order Requiring Mediation to be held in Alachua County, and Doc. 36, Emergency Motion for Extension of Deadlines. Plaintiff has filed responses to both motions, Docs. 43 & 41 respectively. Defendant Asplundh Tree Expert Company has filed a response to the Motion for Order Requiring Mediation to be held in Alachua County. The Court held a telephone conference on these motions on Wednesday, July 20, 2005. Upon consideration of the pleadings and the parties arguments, the Court finds that mediation in Alachua County would be the most convenient for the parties. Further, the Court finds good cause to extend the discovery and dispositive motions deadlines.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1.    Defendants', City of Gainesville and James R. Evans, Motion for Order Requiring Mediation to be held in Alachua County, Doc. 35, is GRANTED.

2.     Defendants', City of Gainesville and James R. Evans, Emergency Motion for Extension of Deadlines, Doc. 36, is GRANTED *nunc pro tunc*. The deadline to complete discovery is continued until Friday, September 16, 2005. The deadline to file dispositive motions is continued until Monday, September 5, 2005.

**DONE AND ORDERED** this   20th   day of July, 2005.

            *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge